JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHONE INGRAM,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | NO. EDCV 20-0262-CJC (KS)<br><br>JUDGMENT |

The Court having approved the parties' Stipulation to Voluntary Remand (the "Stipulation") pursuant to Sentence 4 of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: March 29, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE