DAVID F. CHERMOL, ESQUIRE
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
P: (215) 464-7200
F: (215) 464-7224
dave@ssihelp.us
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHONE INGRAM, <br>     Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, <br> Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:20-cv-00262-CJC-KS <br><br> ORDER FOR THE STIPULATION FOR AWARD OF EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **$7,500.00** and costs in the amount of **$400.00** (the "AGREED AMOUNT") pursuant to 28 U.S.C. §§ 1920, 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 24, 2021

_____
United States Magistrate Judge
Karen L. Stevenson